NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RAMIREZ, an individual, | Case No. 8:24-cv-02005-FWS-JDE |
| Plaintiff, | |
| v. | **ORDER RE JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE [23]** |
| OHLA USA, INC. a Delaware Corporation; Astaldi Construction Corporation, a Florida Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

1

319683108v.1

# ORDER

Having reviewed and considered the Joint Stipulation Dismissing Action with Prejudice [23] ("Stipulation"), the files and records of the case, the applicable law, including Federal Code of Civil Procedure 41(a), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

Plaintiff's Complaint and this entire action, including all claims against Defendants, are **DISMISSED WITH PREJUDICE**, and each party shall bear their own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED**.

Dated: August 12, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

319683108v.1